IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL MARRY**                                      **PETITIONER**

V.                      No. **4:23-cv-01025-BRW-ERE**

**RODNEY WHITE, Sheriff of**
**Saline County, Arkansas**                         **RESPONDENT**

## **JUDGMENT**

Consistent with today's order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of December, 2023.

                                       Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE